UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tera Chalupa v. Bayer Corporation, et al.* | No. 10-cv-12460-DRH |
| *Alicia Hebert v. Bayer Corporation, et al.* | No. 13-cv-10215-DRH |
| *Jacqueline McIntosh v. Bayer Corporation, et al.* | No. 14-cv-10308-DRH |
| *Minerva Monzon v. Bayer Corporation, et al.* | No. 13-cv-10843-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.04.11
15:36:58 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT